IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD LEON KAVANAUGH,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-01393 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN R. THOMPSON,** | : | |
| Respondent | : | |

# ORDER

AND NOW, on this 7th day of June 2023, upon consideration of <u>pro se</u> Petitioner Edward Leon Kavanaugh ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), as well as his pending motions seeking the appointment of counsel (Doc. Nos. 15, 16), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED** for lack of jurisdiction;

2. Petitioner's motions seeking the appointment of counsel (Doc. Nos. 15, 16) are **DENIED as moot**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania